| | | |
|---|---|---|
| **Jahmir Adams,** | : | **United States District Court** |
| **Plaintiff,** | : | **Eastern District of Pennsylvania** |
| v. | : | |
| **Adelphoi USA,** | : | **Civil Division** |
| **Defendant.** | : | **23-cv-3684** |

## ORDER

AND NOW, this  6th   day of  December   , 20 23  , it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **GRANTED**.

**BY THE COURT**:

/s/ Jeffrey L. Schmehl
**United States Judge Schmehl**