**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER<br><br>     Plaintiffs,<br><br>  vs.<br><br>ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI EDUCATION, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGION, INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES<br><br>     Defendants. | :   CIVIL ACTON<br>:<br>:   No. 5:23-cv-03684<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION OF DEFENDANT, BERKS COUNTY CHILDREN AND YOUTH SERVICES, TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant, Berks County Children and Youth services, by and through their undersigned counsel, Marshall Dennehey, P.C., respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for dismissal of Plaintiffs' Amended Complaint and requests this Honorable Court enter the proposed Order for the reasons set forth in the accompanying Memorandum of Law, incorporated herein by reference.

             **MARSHALL DENNEHEY, P.C.**

BY:     _____
        JOHN P. GONZALES, ESQUIRE
        Attorney ID No. 71265
        2000 Market Street, Suite 2300
        Philadelphia, PA  19103
        (215) 575-2871 Fax (215) 575-0856
        Email:  jpgonzales@mdwcg.com
        *Attorney for Defendant, Berks County Children and Youth Services*