**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER | : CIVIL ACTON : : No. 5:23-cv-03684 |
| Plaintiffs, | : |
| vs. | : : |
| ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI EDUCATION, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGION, INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES | : : : : : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this _____, day of _____, 2024, upon consideration of the Motion of Defendant, Berks County Children and Youth Services, to Dismiss Plaintiffs' Amended Complaint, and any response thereto, it is hereby **ORDERED** that Plaintiffs' Amended Complaint is **DISMISSED,** with prejudice, as it relates to Defendant, Berks County Children and Youth Services, as well as their employees, agents, and/or representatives.

_____
                                                J.