## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER, <br><br> **Plaintiffs,** <br><br> v. <br><br> ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGOIN INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES, and JOHN/JANE DOES 1-100, <br><br> **Defendants.** | **Civil Action No. 5:23-cv-03684-JLS** |

**DEFENDANTS ADELPHOI USA, ADELPHOI VILLAGE, ADELPHOI EDUCATION, INC., ADELPHOI FOUNDATION, AND ADELPHOI WESTERN REGION INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., Adelphoi Foundation, and Adelphoi Western Region Inc. (collectively "Adelphoi") move to strike or dismiss Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6). Adelphoi seeks dismissal on the basis that Plaintiffs' Complaint fails to articulate claims under either Title IX or Constitutional violations, thus the Court is without jurisdiction. Presuming that the entire action is not dismissed, Plaintiffs' class action allegations are not viable. Pursuant to Local Rule 7.1, accompanying this Motion is a Brief in Support and Proposed Order.

#11820709v1

Respectfully submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

By     */s/ Edward J. Henry*
           Edward J. Henry, Esquire (PA 314928)
           1601 Market Street, Suite 3400
           Philadelphia, PA 19103
           (215) 587-9400/9456 (fax)
           ehenry@dmvlawfirm.com
           *Counsel for Defendants,*
           *Adelphoi USA, Adelphoi Village,*
           *Adelphoi Education, Inc., Adelphoi Foundation,*
           *and Adelphoi Western Region Inc.*

Dated: July 2, 2024

#11820709v1