## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER, **Plaintiffs,** v. ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGOIN INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES, and JOHN/JANE DOES 1-100, **Defendants.** | **Civil Action No. 5:23-cv-03684-JLS** |

### ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the motion to strike or dismiss Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) filed by Defendants Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., Adelphoi Foundation, and Adelphoi Western Region Inc., and any response thereto, it is ORDERED that the motion is GRANTED. It is further ORDERED that Plaintiffs' Second Amended Complaint is dismissed in its entirety, as Plaintiffs have failed to state claims under Title IX or for Constitutional violations.

[In the alternative] It is ORDERED that Plaintiffs' class action allegations are stricken.

**BY THE COURT:**

_____
                                                          J.

#11823303v1