**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER,<br><br>Plaintiffs<br><br>v.<br><br>ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI EDUCATION, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGION INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES, JOHN/JANE DOES 1-100,<br><br>Defendants. | NO. 5:23-cv-03684 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Mark A. Rush, Esquire on behalf of Defendants Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., Adelphoi Foundation, and Adelphoi Western Region, Inc., in the above-referenced matter.

Date: July 24, 2025

**K&L GATES LLP**

By: */s/ Mark A. Rush*

Mark A. Rush
PA ID: 49661
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: mark.rush@klgates.com

*Attorney for Defendants Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., Adelphoi Foundation, and Adelphoi Western Region, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER, | : | |
| | : | NO. 5:23-cv-03684 |
| Plaintiffs | : | |
| v. | : | |
| ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI EDUCATION, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGION INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES, JOHN/JANE DOES 1-100, | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Stefanie M. Lacy, Esquire, hereby certify that on this **24th day of July 2025**, a true and correct copy of the foregoing **Entry of Appearance** was filed and served upon the following counsel via the Court's ECF System:

D. Wesley Cornish, Esquire
Cornerstone Legal Group
230 Broad Street, 17th Floor
Philadelphia, PA 19102
dwesley24@gmail.com
cornerstonelegalgroup@gmail.com
*Attorney for Plaintiffs*

Michael T. Vanderveen, Esquire
Steven R. Bryson, Esquire
Vanderveen Hartshorn & Levin
1219 Spruce Street
Philadelphia, PA 19107
mtv@mtvlaw.com
sbryson@mtvlaw.com
*Attorneys for Plaintiffs*

Joe H. Tucker, Esquire
Kathleen Kirkpatrick, Esquire
Tucker Law Group
Tenn Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
jtucker@tlgattorneys.com
kkirkpatrick@tlgattorneys.com
*Attorneys for Defendants Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., Adelphoi Foundation, and Adelphoi Western Region, Inc.*

**K&L GATES LLP**

By: /s/ *Mark A. Rush*
Mark A. Rush
PA ID: 49661
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: mark.rush@klgates.com
*Attorney for Defendants Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., Adelphoi Foundation, and Adelphoi Western Region, Inc.*