IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHMIR ADAMS, *et al.*, | : |
|     Plaintiffs, | : CIVIL ACTION |
| | : NO. 23-3684 |
| v. | : |
| | : |
| ADELPHOI USA, *et al.*, | : |
|     Defendants | : |

## ORDER

**AND NOW**, this 4th day of September, 2025, upon review of the pending motions to dismiss in this matter, as well as Plaintiffs' oppositions thereto, **IT IS HEREBY ORDERED** as follows:

    1.    The Motion to Dismiss of Defendant Berks County Children and Youth Services (ECF No. 31) is **DENIED**;

    2.    The Motion to Dismiss of Defendants Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., Adelphoi Foundation, and Adelphoi Western Region Inc. (ECF No. 32) is **DENIED**; and

    3.    Defendants' motions to dismiss Plaintiffs' class action allegations are **DENIED** without prejudice to the Defendants' rights to challenge any future motion for class certification.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.