**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER, | : : : : : | |
| | : | NO. 5:23-cv-03684 |
| Plaintiffs | : | |
| | : | **JURY TRIAL DEMANDED** |
| v. | : : | |
| ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI EDUCATION, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGION INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES, JOHN/JANE DOES 1-100, | : : : : : : : : : : | |
| Defendants. | : : | |

**DEFENDANTS ADELPHOI USA'S, ADELPHOI VILLAGE'S,
ADELPHOI EDUCATION, INC.'S, ADELPHOI FOUNDATION'S, AND
ADELPHOI WESTERN REGION INC.'S ANSWER AND NEW MATTER
TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendants Adelphoi USA ("Adelphoi USA"), Adelphoi Village ("Adelphoi Village"),

Adelphoi Education, Inc. ("Adelphoi Education"), Adelphoi Foundation ("Adelphoi

Foundation"), and Adelphoi Western Region, Inc. ("Adelphoi Western Region") (collectively,

"Adelphoi Defendants"), by and through their counsel, K&L Gates LLP, hereby submit their

Answer and New Matter to the Second Amended Class Action Complaint ("SAC") filed by

Plaintiffs Jahmir Adams ("Adams"), Jeremy Less Hensel ("Hensel"), Danny Jesus Ruiz

("Ruiz"), Tray Daniels ("Daniels"), Shawn Schlopy ("Schlopy"), Miguel Martell ("Martell"),

and Copeland Tyler ("Tyler") (collectively, "Plaintiffs") and, in support thereof, state as follows:

1.      The allegations set forth in Paragraph 1 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 1 of the SAC.

2. The allegations set forth in Paragraph 2 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 2 of the SAC.

3. The allegations set forth in Paragraph 3 of the SAC are admitted in part and denied in part. It is admitted only that (i) the Adelphoi Education and Adelphoi Western Region offer rehabilitation, education and support services for youth through a trauma-informed approach, (ii) Adelphoi Village offers rehabilitation and support services for youth through a trauma-informed approach, (iii) Adelphoi USA was incorporated in 1972, (iv) the Adelphoi Defendants are managed by leaders and innovators in the field of juvenile justice, (v) Adelphoi Village is the only Adelphoi Defendant that offers a residential program, and (vi) the Adelphoi Defendants serve local and out-of-state individuals. The remaining allegations set forth in Paragraph 3 of the SAC are specifically denied.

4. The allegations set forth in Paragraph 4 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 4 of the SAC.

5. The allegations set forth in Paragraph 5 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 5 of the SAC.

6. The allegations set forth in Paragraph 6 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 6 of the SAC.

7. The allegations set forth in Paragraph 7 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 7 of the SAC.

8. The Adelphoi Defendants specifically deny the allegations set forth in Paragraph 8 of the SAC. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the accuracy or source of the alleged quote that is set forth in Paragraph 8 of the SAC and, therefore, the allegations set forth in Paragraph 8 of the SAC are specifically denied for this reason as well.

9. The allegations set forth in Paragraph 9 of the SAC are admitted in part and denied in part. It is admitted only that (i) Adelphoi Village's programs include room and board, clothing, behavior management, individual and group counseling, and recreational activities, and (ii) Adelphoi Education's program includes academic and vocational programming. The remaining allegations set forth in Paragraph 9 of the SAC are specifically denied.

10. The allegations set forth in Paragraph 10 of the SAC are admitted in part and denied in part. It is admitted only that the Adelphoi Village offers services for court-adjudicated youth and non-delinquent youth. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to whether the allegation set

3

forth in Paragraph 10 of the SAC is expressly contained on https://www.Adelphoi.org/ and, therefore, this allegation in Paragraph 10 of the SAC is specifically denied.

11. The allegations set forth in Paragraph 11 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 11 of the SAC.

12. The allegations set forth in Paragraph 12 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 12 of the SAC.

13. The allegations set forth in Paragraph 13 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 13 of the SAC.

14. The allegations set forth in Paragraph 14 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 14 of the SAC.

15. The allegations set forth in Paragraph 15 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 15 of the SAC.

16. The allegations set forth in Paragraph 16 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 16 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

17.     The allegations set forth in Paragraph 17 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 17 of the SAC.

18.     The allegations set forth in Paragraph 18 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 18 of the SAC.

19.     The allegations set forth in Paragraph 19 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 19 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

20.     The allegations set forth in Paragraph 20 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 20 of the SAC.  After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of the SAC and they are, therefore, specifically denied for this reason as

well.

## JURISDICTION AND VENUE

21.     The allegations set forth in Paragraph 21 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 21 of the SAC.

22.     The allegations set forth in Paragraph 22 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 22 of the SAC.

23.     The allegations set forth in Paragraph 23 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 23 of the SAC.

24.     The allegations set forth in Paragraph 24 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 24 of the SAC.

25.     The allegations set forth in Paragraph 25 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 25 of the SAC.

26.     The allegations set forth in Paragraph 26 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 26 of the SAC.

## PARTIES

27.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 of the SAC and they are, therefore, specifically denied.

28.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 of the SAC and they are, therefore, specifically denied.

29.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the SAC and they are, therefore, specifically denied.

30.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 of the SAC and they are, therefore, specifically denied.

31.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 of the SAC and they are, therefore, specifically denied.

32.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 32 of the SAC and they are, therefore, specifically denied.

33.     After a reasonable investigation, the Adelphoi Defendants are without knowledge

or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 of the SAC and they are, therefore, specifically denied.

34.     The allegations set forth in Paragraph 34 of the SAC are admitted in part and denied in part.  It is admitted only that an entity named Adelphoi USA, Inc. is a registered business with a corporate headquarters office at 1119 Village Way, Latrobe, PA 15650.  The remaining allegations set forth in Paragraph 34 of the SAC are specifically denied.  By way of further response, it is specifically denied that an entity named Adelphoi USA is a registered business with a corporate headquarters office at 1119 Village Way, Latrobe, PA 15650.

35.     The allegations set forth in Paragraph 35 of the SAC are admitted.

36.     The allegations set forth in Paragraph 36 of the SAC are admitted.

37.     The allegations set forth in Paragraph 37 of the SAC are admitted in part and denied in part.  It is admitted only that an entity named Adelphoi Village, Inc. is a registered business with a corporate headquarters office at 1119 Village Way, Latrobe, PA 15650.  The remaining allegations set forth in Paragraph 37 of the SAC are specifically denied.  By way of further response, it is specifically denied that an entity named Adelphoi Village is a registered business with a corporate headquarters office at 1119 Village Way, Latrobe, PA 15650.

38.     The allegations set forth in Paragraph 38 of the SAC are admitted.

39.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 39 of the SAC and they are, therefore, specifically denied.

40.     After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 40 of the SAC and they are, therefore, specifically denied.

8

41.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 41 of the SAC and they are, therefore, specifically denied.

42.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 42 of the SAC and they are, therefore, specifically denied.

## TOLLING OF STATUTE OF LIMITATIONS

43.    The allegations set forth in Paragraph 43 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 43 of the SAC.

44.    The allegations set forth in Paragraph 44 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 44 of the SAC.

45.    The allegations set forth in Paragraph 45 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 45 of the SAC.

46.    The allegations set forth in Paragraph 46 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 46 of the SAC.

47.     The allegations set forth in Paragraph 47 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 47 of the SAC, including its subparts.

48.     The allegations set forth in Paragraph 48 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 48 of the SAC.

49.     The allegations set forth in Paragraph 49 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 49 of the SAC.

50.     The allegations set forth in Paragraph 50 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 50 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

51.     The allegations set forth in Paragraph 51 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 51 of the SAC.

52.     The allegations set forth in Paragraph 52 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is

deemed necessary, thee Adelphoi Defendants specifically deny the allegations set forth in Paragraph 52 of the SAC.

53. The allegations set forth in Paragraph 53 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 53 of the SAC.

54. The allegations set forth in Paragraph 54 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 54 of the SAC.

55. The allegations set forth in Paragraph 55 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 55 of the SAC.

56. The allegations set forth in Paragraph 56 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 56 of the SAC.

57. The allegations set forth in Paragraph 57 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 57 of the SAC.

58. The allegations set forth in Paragraph 58 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 58 of the SAC.

59.     The allegations set forth in Paragraph 59 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 59 of the SAC.

60.     The allegations set forth in Paragraph 60 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 60 of the SAC. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 60 of the SAC and they are, therefore, specifically denied for this reason as well.

## FACTUAL BACKGROUND

A.    **Defendants Had a Duty To Provide a Safe And Secure Facility for Juveniles and Provide Educational Opportunities Committed or Otherwise Housed at Adelphoi Pursuant to Constitutional and State Law Mandates.**

61.     The allegations set forth in Paragraph 61 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 61 of the SAC.

62.     The allegations set forth in Paragraph 62 of the SAC are admitted in part and denied in part. It is admitted only that Adelphoi Village accepts juveniles for placement pursuant

12

to court orders issued by various county and state governmental units. The remaining allegations set forth in Paragraph 62 of the SAC are specifically denied.

63.    The allegations set forth in Paragraph 63 of the SAC are admitted in part and denied in part. It is admitted only that (i) Adelphoi USA was incorporated in 1972, (ii) Adelphoi Village has provided juvenile residential care since Adelphoi Village's inception and offers meaningful opportunities for personal growth, and (iii) Adelphoi Education assesses the unique needs of each student and offers meaningful opportunities for personal growth. The remaining allegations set forth in Paragraph 63 of the SAC are specifically denied.

64.    The allegations set forth in Paragraph 64 of the SAC are admitted in part and denied in part. It is admitted only that (i) children with a wide range of backgrounds and abilities attend Adelphoi Village and Adelphoi Education, (ii) Adelphoi Education offers education for youths, (iii) Adelphoi Village offers clinical and therapeutic programs for youth, (iv) Adelphoi Village provides in-home therapy and in-home counseling for youth, which may include the youth's family, and (v) Adelphoi Village's programs include therapeutic group homes and supervised independent living facilities. The remaining allegations set forth in Paragraph 64 of the SAC are specifically denied.

65.    The allegations set forth in Paragraph 65 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 65 of the SAC.

66.    The allegations set forth in Paragraph 66 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

13

Paragraph 66 of the SAC.

67.     The allegations set forth in Paragraph 67 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 67 of the SAC.

68.     The allegations set forth in Paragraph 68 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 68 of the SAC.

69.     The allegations set forth in Paragraph 69 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 69 of the SAC.  After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 69 of the SAC and they are, therefore, specifically denied for this reason as well.

70.     The allegations set forth in Paragraph 70 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 70 of the SAC.

71.     The allegations set forth in Paragraph 71 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 71 of the SAC.

72.     The allegations set forth in Paragraph 72 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 72 of the SAC.

73.     The allegations set forth in Paragraph 73 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 73 of the SAC.  After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 73 of the SAC and they are, therefore, specifically denied for this reason as well.

74.     The allegations set forth in Paragraph 74 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 74 of the SAC.

75.     The allegations set forth in Paragraph 75 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 75 of the SAC.

76.     The allegations set forth in Paragraph 76 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 76 of the SAC.

77.     The allegations set forth in Paragraph 77 of the SAC are admitted in part and denied in part.  It is admitted only that the Adelphoi Defendants receive some portion of their funding from the Commonwealth of Pennsylvania and other government entities.  The remaining allegations set forth in Paragraph 77 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they receive federal funding.

78.     The allegations set forth in Paragraph 78 of the SAC are admitted in part and denied in part.  It is admitted only that Adelphoi Village provides a rehabilitative program for juveniles and delinquent youth.  The remaining allegations set forth in Paragraph 78 of the SAC are specifically denied.  After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the accuracy or source of the alleged quote that is set forth in Paragraph 78 of the SAC and, therefore, the allegations set forth in Paragraph 78 of the SAC are specifically denied for this reason as well.

79.     The allegations set forth in Paragraph 79 of the SAC are admitted in part and denied in part.  It is admitted only that (i) Adelphoi Village has admitted at least one juvenile from Pennsylvania, New York, Delaware, Ohio, and West Virginia into its programs since Adelphoi Village's inception, and (ii) New York, Ohio, Pennsylvania and Berk County have, at some point in time, had government contracts with Adelphoi Village and Adelphoi Education for placing juveniles into their programs.  The remaining allegations set forth in Paragraph 79 of the SAC are specifically denied.

80.     The allegations set forth in Paragraph 80 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

16

Paragraph 80 of the SAC.

B.    **Facts as to Jahmir Adams**

81.    The allegations set forth in Paragraph 81 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 81 of the SAC.

82.    The allegations set forth in Paragraph 82 of the SAC are admitted in part and denied in part.  It is admitted only that Adams resided at Adelphoi Village for approximately four months in 2022 when he was 19 years old.  All other allegations set forth in Paragraph 82 of the SAC are specifically denied.  By way of further response, Adams was not involved in any way with any other Adelphoi entity named in the SAC other than Adelphoi Village and the Adelphoi Defendants specifically deny that Adams resided at Adelphoi Village when he was a minor.

83.    The allegations set forth in Paragraph 83 of the SAC are admitted in part and denied in part.  It is admitted only that Adams was court-ordered to attend Adelphoi Village and was placed at Adelphoi Village by Berks County Juvenile Probation Office.  All other allegations set forth in Paragraph 83 of the SAC are specifically denied.

84.    The allegations set forth in Paragraph 84 of the SAC are admitted in part and denied in part.  It is admitted only that an individual named Patrick Kratz has been employed by Adelphoi Village Adelphoi since July 25, 2016.  All remaining allegations set forth in Paragraph 84 of the SAC are specifically denied.  The allegations set forth in Paragraph 84 of the SAC also state conclusions of law to which no response is required and they are, therefore, denied for this reason as well.  Additionally, after a reasonable investigation, the Adelphoi Defendants are

17

without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 84 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 84 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

85. The allegations set forth in Paragraph 85 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 85 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 85 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 85 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

86. The allegations set forth in Paragraph 86 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 86 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 86 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in

Paragraph 86 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

87. The allegations set forth in Paragraph 87 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 87 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 87 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 87 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

88. The allegations set forth in Paragraph 88 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 88 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 88 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 88 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

89.     The allegations set forth in Paragraph 89 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 89 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 89 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 89 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

90.     The allegations set forth in Paragraph 90 of the SAC are specifically denied. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 90 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 90 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

91.     The allegations set forth in Paragraph 91 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

92.     The allegations set forth in Paragraph 92 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they have ever

20

employed an individual named Patrick Kratz.

93.     The allegations set forth in Paragraph 93 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

94.     The allegations set forth in Paragraph 94 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

95.     The allegations set forth in Paragraph 95 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

96.     The allegations set forth in Paragraph 96 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 96 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 96 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 96 of the SAC relating to "Mr. Dave" are specifically denied for this reason as well.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

97.     The allegations set forth in Paragraph 97 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

21

Paragraph 97 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 97 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 97 of the SAC are specifically denied for this reason as well.

98.     The allegations set forth in Paragraph 98 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 9 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 98 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 98 of the SAC are specifically denied for this reason as well.

99.     The allegations set forth in Paragraph 99 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 99 of the SAC.

100.    The allegations set forth in Paragraph 100 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 100 of the SAC.

101.    The allegations set forth in Paragraph 101 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

22

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 101 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 101 of the SAC and, therefore, the allegations set forth in Paragraph 101 of the SAC are denied for this reason as well.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

102.    The allegations set forth in Paragraph 102 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 102 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 102 of the SAC and, therefore, the allegations set forth in Paragraph 102 of the SAC are denied for this reason as well.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

103.    The allegations set forth in Paragraph 103 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 103 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 103 of the SAC and they are, therefore, specifically denied for this reason as well.

104.     The allegations set forth in Paragraph 104 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 104 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 104 of the SAC and they are, therefore, specifically denied for this reason as well.

105.     The allegations set forth in Paragraph 105 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 105 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 105 of the SAC and they are, therefore, specifically denied for this reason as well.

106.     The allegations set forth in Paragraph 106 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 106 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 106 of the SAC and they are, therefore, specifically denied for this reason as well.

107.     The allegations set forth in Paragraph 107 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 107 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 107 of the SAC relating to "Mr. Dave" because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 107 of the SAC relating to "Mr. Dave" are denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual named Patrick Kratz.

108. The allegations set forth in Paragraph 108 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 108 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 108 of the SAC and they are, therefore, specifically denied for this reason as well.

109. The allegations set forth in Paragraph 109 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 109 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 109 of the SAC and they are, therefore, specifically denied for this reason as well.

110. The allegations set forth in Paragraph 110 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 110 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph 110 of the SAC and they are, therefore, specifically denied for

this reason as well.

**C.      Facts as to Jeremy Lee Hensel**

111.    The allegations set forth in Paragraph 111 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 111 of the SAC.

112.    The allegations set forth in Paragraph 112 of the SAC are admitted in part and

denied in part.  It is admitted only that Hensel resided at Adelphoi Village from approximately

June 2009 until April 2011 when he was between 18 and 20 years old.  The remaining

allegations set forth in Paragraph 112 of the SAC are specifically denied.  By way of further

response, Hensel was not involved in any way with any other Adelphoi entity named in the SAC

other than Adelphoi Village and the Adelphoi Defendants specifically deny that Hensel resided

at Adelphoi Village when he was a minor.

113.    The allegations set forth in Paragraph 113 of the SAC are admitted in part and

denied in part.  It is admitted only that Hensel was court-ordered to attend Adelphoi Village and

was placed at Adelphoi Village by the Allegheny County Juvenile Probation Office.  All other

allegations set forth in Paragraph 113 of the SAC are specifically denied.

114.    The allegations set forth in Paragraph 114 of the SAC are admitted in part and

denied in part.  It is admitted only that an individual named Jeffrey Newhouse was employed at Adelphoi Village from August 28, 2006 through April 4, 2012.  All remaining allegations set forth in Paragraph 114 of the SAC are specifically denied.  The allegations set forth in Paragraph 114 of the SAC also state conclusions of law to which no response is required and they are, therefore, denied for this reason as well.

115.    The allegations set forth in Paragraph 115 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 115 of the SAC.

116.    The allegations set forth in Paragraph 116 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 116 of the SAC.

117.    The allegations set forth in Paragraph 117 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 117 of the SAC.

118.    The allegations set forth in Paragraph 118 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 118 of the SAC.

119.    The allegations set forth in Paragraph 119 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

27

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 119 of the SAC.

120.    The allegations set forth in Paragraph 120 of the SAC are specifically denied.

121.    The allegations set forth in Paragraph 121 of the SAC are specifically denied.

122.    The allegations set forth in Paragraph 122 of the SAC are specifically denied.

123.    The allegations set forth in Paragraph 123 of the SAC are specifically denied.

124.    The allegations set forth in Paragraph 124 of the SAC are specifically denied.

125.    The allegations set forth in Paragraph 125 of the SAC are specifically denied.

126.    The allegations set forth in Paragraph 126 of the SAC are specifically denied.

127.    The allegations set forth in Paragraph 127 of the SAC are specifically denied.

128.    The allegations set forth in Paragraph 128 of the SAC are specifically denied.

129.    The allegations set forth in Paragraph 129 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 129 of the SAC.

130.    The allegations set forth in Paragraph 130 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 130 of the SAC.

131.    The allegations set forth in Paragraph 131 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 131 of the SAC.

132.     The allegations set forth in Paragraph 132 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 132 of the SAC.

133.     The allegations set forth in Paragraph 133 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 133 of the SAC.

134.     The allegations set forth in Paragraph 134 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 134 of the SAC.

135.     The allegations set forth in Paragraph 135 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 135 of the SAC.

136.     The allegations set forth in Paragraph 136 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 136 of the SAC.

137.     The allegations set forth in Paragraph 137 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 137 of the SAC.

138. The allegations set forth in Paragraph 138 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 138 of the SAC.

**D.     Facts as to Danny Jesus Ruiz**

139. The allegations set forth in Paragraph 139 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 139 of the SAC.

140. The allegations set forth in Paragraph 140 of the SAC are admitted in part and denied in part. It is admitted only that Ruiz resided at Adelphoi Village from approximately May 2018 until June 2019 when he was between 14 and 15 years old. All other allegations set forth in Paragraph 140 of the SAC are specifically denied.

141. The allegations set forth in Paragraph 141 of the SAC are admitted in part and denied in part. It is admitted only that Ruiz was court-ordered to attend Adelphoi Village and was placed at Adelphoi Village by the Erie County Juvenile Probation Office. All other allegations set forth in Paragraph 141 of the SAC are specifically denied.

142. The allegations set forth in Paragraph 142 of the SAC are admitted in part and denied in part. It is admitted only that an individual named Andrew Fatula was employed by Adelphoi Village from May 16, 2017 through January 21, 2020. All remaining allegations set forth in Paragraph 142 of the SAC are specifically denied. The allegations set forth in Paragraph 142 of the SAC also state conclusions of law to which no response is required and they are,

30

therefore, denied for this reason as well.

143.    The allegations set forth in Paragraph 143 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 143 of the SAC.

144.    The allegations set forth in Paragraph 144 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 144 of the SAC.

145.    The allegations set forth in Paragraph 145 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 145 of the SAC.

146.    The allegations set forth in Paragraph 146 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 146 of the SAC.

147.    The allegations set forth in Paragraph 147 of the SAC are specifically denied.

148.    The allegations set forth in Paragraph 148 of the SAC are admitted in part and denied in part.  It is admitted only that (i) an individual named Andrew Fatula was employed by Adelphoi Village from May 16, 2017 through January 21, 2020, (ii) an individual named Joseph Hinton has been employed by Adelphoi Village since July 5, 2016, (iii) an individual named Matthew Leary was employed by Adelphoi Village from August 21, 2018 through July 20, 2023,

31

and (iv) an individual named Juan Sepulveda was employed by Adelphoi Village from June 18, 2018 through January 17, 2022 and from August 8, 2022 through June 14, 2023. The remaining allegations set forth in Paragraph 148 of the SAC are specifically denied. The allegations set forth in Paragraph 148 of the SAC also state conclusions of law to which no response is required and they are, therefore, denied for this reason as well.

149. The allegations set forth in Paragraph 149 of the SAC are specifically denied.

150. The allegations set forth in Paragraph 150 of the SAC are specifically denied.

151. The allegations set forth in Paragraph 151 of the SAC are specifically denied.

152. The allegations set forth in Paragraph 152 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 152 of the SAC.

153. The allegations set forth in Paragraph 153 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 153 of the SAC.

154. The allegations set forth in Paragraph 154 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 154 of the SAC.

155. The allegations set forth in Paragraph 155 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 155 of the SAC.

156.    The allegations set forth in Paragraph 156 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 156 of the SAC.

157.    The allegations set forth in Paragraph 157 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 157 of the SAC.

158.    The allegations set forth in Paragraph 158 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 158 of the SAC.

159.    The allegations set forth in Paragraph 159 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 159 of the SAC.

160.    The allegations set forth in Paragraph 160 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 160 of the SAC.

161.    The allegations set forth in Paragraph 161 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 161 of the SAC.

E.     **Facts as to Tray Daniels**

162.   The allegations set forth in Paragraph 162 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 162 of the SAC.

163.   The allegations set forth in Paragraph 163 of the SAC are admitted in part and denied in part. It is admitted only that Daniels resided at Adelphoi Village from approximately November 2013 through July 2014 when he was between 16 and 17 years old. The remaining allegations set forth in Paragraph 163 of the SAC are specifically denied.

164.   The allegations set forth in Paragraph 164 of the SAC are admitted in part and denied in part. It is admitted only that Daniels was court-ordered to attend Adelphoi Village and was placed at Adelphoi Village by the Allegheny County Juvenile Probation Office. All other allegations set forth in Paragraph 164 of the SAC are specifically denied.

165.   The allegations set forth in Paragraph 165 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 165 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 165 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 165 of the SAC are denied for this reason as well.

34

166. The allegations set forth in Paragraph 166 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 166 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 166 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 166 of the SAC are denied for this reason as well.

167. The allegations set forth in Paragraph 167 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 167 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 167 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 167 of the SAC are denied for this reason as well.

168. The allegations set forth in Paragraph 168 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 168 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 168 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 168 of the SAC

are denied for this reason as well.

169.    The allegations set forth in Paragraph 169 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 169 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 169 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 169 of the SAC are denied for this reason as well.

170.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 170 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 170 of the SAC are specifically denied.

171.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 171 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 171 of the SAC are specifically denied.

172.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 172 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 172 of the SAC are specifically denied.

173.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph

173 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 173 of the SAC are specifically denied.

174.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 174 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 174 of the SAC are specifically denied.

175.    The allegations set forth in Paragraph 175 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 175 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 175 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 175 of the SAC are denied for this reason as well.

176.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 176 of the SAC and they are, therefore, specifically denied.

177.    The allegations set forth in Paragraph 177 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 177 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 177 of the SAC because the identity of "Mr. Dave" is lacking

specificity for identification and, therefore, the allegations set forth in Paragraph 177 of the SAC are denied for this reason as well.

178. The allegations set forth in Paragraph 178 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 178 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 178 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 178 of the SAC are denied for this reason as well.

179. The allegations set forth in Paragraph 179 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 179 of the SAC.

180. The allegations set forth in Paragraph 180 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 180 of the SAC.

181. The allegations set forth in Paragraph 181 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 181 of the SAC.

182. The allegations set forth in Paragraph 182 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 182 of the SAC.

183.    The allegations set forth in Paragraph 183 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 183 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 183 of the SAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 183 of the SAC are denied for this reason as well.

184.    The allegations set forth in Paragraph 184 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 184 of the SAC.

185.    The allegations set forth in Paragraph 185 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 185 of the SAC.

186.    The allegations set forth in Paragraph 186 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 186 of the SAC.

**F.       Facts as to Shawn Schlopy**

187.    The allegations set forth in Paragraph 187 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 187 of the SAC.

188.    The allegations set forth in Paragraph 188 of the SAC are admitted in part and denied in part.  It is admitted only that Schlopy resided at Adelphoi Village for approximately three months between late February and early June 2020 when he was between 17 and 18 years old.  The remaining allegations set forth in Paragraph 188 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that Schlopy was a minor for the entire time that he resided at Adelphoi Village.

189.    The allegations set forth in Paragraph 189 of the SAC are admitted in part and denied in part.  It is admitted only that Schlopy was court-ordered to attend Adelphoi Village and was placed at Adelphoi Village by the McKean County Juvenile Probation Office.  All other allegations set forth in Paragraph 189 of the SAC are specifically denied.

190.    The allegations set forth in Paragraph 190 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 190 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 190 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 190 of the SAC are denied for this reason as well.

40

191.    The allegations set forth in Paragraph 191 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 191 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 191 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 191 of the SAC are denied for this reason as well.

192.    The allegations set forth in Paragraph 192 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 192 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 192 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 192 of the SAC are denied for this reason as well.

193.    The allegations set forth in Paragraph 193 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 193 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 193 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 193 of the SAC

are denied for this reason as well.

194. The allegations set forth in Paragraph 194 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 194 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 194 because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 194 of the SAC are denied for this reason as well.

195. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 195 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 195 of the SAC are specifically denied.

196. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 196 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 196 of the SAC are specifically denied.

197. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 197 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 197 of the SAC are specifically denied.

198. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph

42

198 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 198 of the SAC are specifically denied.

199. The allegations set forth in Paragraph 199 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 199 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 199 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 199 of the SAC are denied for this reason as well.

200. The allegations set forth in Paragraph 200 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 200 of the SAC.

201. The allegations set forth in Paragraph 201 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 201 of the SAC.

202. The allegations set forth in Paragraph 202 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 202 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph 202 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 202 of the SAC are denied for this reason as well.

203.    The allegations set forth in Paragraph 203 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 203 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 203 because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 203 of the SAC are denied for this reason as well.

204.    The allegations set forth in Paragraph 204 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 204 of the SAC.

205.    The allegations set forth in Paragraph 205 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 205 of the SAC.

206.    The allegations set forth in Paragraph 206 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 206 of the SAC.

207.    The allegations set forth in Paragraph 207 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 207 of the SAC.

208.    The allegations set forth in Paragraph 208 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 208 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 208 of the SAC because the identity of "Mr. Craig" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 208 of the SAC are denied for this reason as well.

209.    The allegations set forth in Paragraph 209 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 209 of the SAC.

210.    The allegations set forth in Paragraph 210 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi  Defendants specifically deny the allegations set forth in Paragraph 210 of the SAC.

211.    The allegations set forth in Paragraph 211 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 211 of the SAC.

### G.   Facts as to Miguel Martell

212.   The allegations set forth in Paragraph 212 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 212 of the SAC.

213.   The allegations set forth in Paragraph 213 of the SAC are admitted in part and denied in part.  It is admitted only that Martell resided at Adelphoi Village between approximately September 2011 through February 2013 when he was between 17 and 19 years old.  The remaining allegations set forth in Paragraph 213 of the SAC are specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that Martell was a minor the entire time that he resided at Adelphoi Village.

214.   The allegations set forth in Paragraph 214 of the SAC are admitted in part and denied in part.  It is admitted only that Martell was court-ordered to attend Adelphoi Village and was placed at Adelphoi Village by the Dauphin County Juvenile Probation Office.  All other allegations set forth in Paragraph 214 of the SAC are specifically denied.

215.   The allegations set forth in Paragraph 215 of the SAC are admitted in part and denied in part.  It is admitted only that an individual named Frank Chapel was employed at Adelphoi Village between January 15, 2007 and October 25, 2016.  All remaining allegations set forth in Paragraph 215 of the SAC are specifically denied.  The allegations set forth in Paragraph 215 of the SAC also state conclusions of law to which no response is required and they are, therefore, denied for this reason as well.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the

46

truth of the allegations set forth in Paragraph 215 of the SAC because the identity of "Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 215 of the SAC are denied for this reason as well.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

216.    The allegations set forth in Paragraph 216 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 216 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 216 of the SAC because the identity of "Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 216 of the SAC are denied for this reason as well.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

217.    The allegations set forth in Paragraph 217 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 217 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 217 of the SAC because the identity of "Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 217 of the SAC are denied for this reason as well.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

218.    The allegations set forth in Paragraph 218 of the SAC state conclusions of law to

47

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 218 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 218 of the SAC because the identity of "Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 218 of the SAC are denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

219.   The allegations set forth in Paragraph 219 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 219 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 219 of the SAC because the identity of "Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 219 of the SAC are denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

220.   After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 220 of the SAC and they are, therefore, specifically denied. By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

221.   After a reasonable investigation, the Adelphoi Defendants are without knowledge

or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 221 of the SAC and they are, therefore, specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

222.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 222 of the SAC and they are, therefore, specifically denied.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

223.    The allegations set forth in Paragraph 223 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 223 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 223 of the SAC and they are, therefore, specifically denied for this reason as well.

224.    The allegations set forth in Paragraph 224 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 224 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

225.    The allegations set forth in Paragraph 225 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 225 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that they have ever employed an individual by the name of Dave Chapel.

226.    The allegations set forth in Paragraph 226 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 226 of the SAC.

227.    The allegations set forth in Paragraph 227 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 227 of the SAC.

228.    The allegations set forth in Paragraph 228 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 228 of the SAC.

229.    The allegations set forth in Paragraph 229 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 229 of the SAC.

230.    The allegations set forth in Paragraph 230 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 230 of the SAC.  By way of further response, the Adelphoi Defendants specifically

deny that they have ever employed an individual by the name of Dave Chapel.

231.    The allegations set forth in Paragraph 231 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 231 of the SAC.

232.    The allegations set forth in Paragraph 232 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 232 of the SAC.

233.    The allegations set forth in Paragraph 233 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 233 of the SAC.

**H.    Facts as to Copeland Tyler**

234.    The allegations set forth in Paragraph 234 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 234 of the SAC.

235.    The allegations set forth in Paragraph 235 of the SAC are admitted in part and denied in part.  It is admitted only that Tyler resided at Adelphoi Village from November 2012 through May 2013 when he was between 18 and 19 years old.  The remaining allegations set forth in Paragraph 235 of the SAC are specifically denied.

236.    The allegations set forth in Paragraph 236 of the SAC are admitted in part and

denied in part. It is admitted only that Tyler was court-ordered to attend Adelphoi Village and placed at Adelphoi Village by the Allegheny County Juvenile Probation Office. All other allegations set forth in Paragraph 236 of the SAC are specifically denied.

237. The allegations set forth in Paragraph 237 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 237 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 237 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 237 of the SAC are denied for this reason as well.

238. The allegations set forth in Paragraph 238 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 238 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 238 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 238 of the SAC are denied for this reason as well.

239. The allegations set forth in Paragraph 239 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 239 of the SAC. Additionally, after a reasonable investigation, the Adelphoi

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 239 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 239 of the SAC are denied for this reason as well.

240. The allegations set forth in Paragraph 240 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 240 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 240 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 240 of the SAC are denied for this reason as well.

241. The allegations set forth in Paragraph 241 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 241 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 241 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 241 of the SAC are denied for this reason as well.

242. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 242 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for

identification and, therefore, the allegations set forth in Paragraph 242 of the SAC are specifically denied.

243.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 243 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 243 of the SAC are specifically denied.

244.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 244 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 244 of the SAC are specifically denied.

245.    The allegations set forth in Paragraph 245 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 245 of the SAC.

246.    The allegations set forth in Paragraph 246 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 246 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 246 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in

54

Paragraph 246 of the SAC are denied for this reason as well.

247.    The allegations set forth in Paragraph 247 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 247 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 247 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 247 of the SAC are denied for this reason as well.

248.    The allegations set forth in Paragraph 248 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 248 of the SAC.

249.    The allegations set forth in Paragraph 249 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 249 of the SAC.

250.    The allegations set forth in Paragraph 250 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 250 of the SAC.

251.    The allegations set forth in Paragraph 251 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 251 of the SAC.

252.    The allegations set forth in Paragraph 252 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 252 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 252 of the SAC because the identities of "Justin," "J.D." and "Steve" are lacking specificity for identification and, therefore, the allegations set forth in Paragraph 252 of the SAC are denied for this reason as well.

253.    The allegations set forth in Paragraph 253 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 253 of the SAC.

254.    The allegations set forth in Paragraph 254 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 254 of the SAC.

255.    The allegations set forth in Paragraph 255 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 255 of the SAC.

256.    The allegations set forth in Paragraph 256 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 256 of the SAC.

I.    **Defendants' Violations of the Constitutional Rights of Plaintiffs and the Class, Abuse of Trust, and Violations of the Standard of Care Pursuant to  the States and Commonwealth's Respective Laws, Rules, Regulations, and Statues.**

257.    The allegations set forth in Paragraph 257 of the SAC are specifically denied.

258.    The allegations set forth in Paragraph 258 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 258 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

259.    The allegations set forth in Paragraph 259 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 259 of the SAC.

260.    The allegations set forth in Paragraph 260 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 260 of the SAC.

261.    The allegations set forth in Paragraph 261 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 261 of the SAC.

262.    The allegations set forth in Paragraph 262 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 262 of the SAC.

## CLASS ACTION ALLEGATIONS

263.    The allegations set forth in Paragraph 263 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 263 of the SAC.

264.    The allegations set forth in Paragraph 264 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 264 of the SAC.

265.    The allegations set forth in Paragraph 265 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 265 of the SAC.

266.    The allegations set forth in Paragraph 266 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 266 of the SAC.

267.    The allegations set forth in Paragraph 267 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 267 of the SAC.

268.    The allegations set forth in Paragraph 268 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 268 of the SAC.

269.    The allegations set forth in Paragraph 269 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 269 of the SAC.

270.    The allegations set forth in Paragraph 270 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 270 of the SAC.

271.    The allegations set forth in Paragraph 271 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 271 of the SAC, including its subparts.  By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

272.    The allegations set forth in Paragraph 272 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 272 of the SAC.

273.    The allegations set forth in Paragraph 273 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 273 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

274.    The allegations set forth in Paragraph 274 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 274 of the SAC.

275.    The allegations set forth in Paragraph 275 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 275 of the SAC.

276.    The allegations set forth in Paragraph 276 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 276 of the SAC.

277.    The allegations set forth in Paragraph 277 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 277 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 277 of the SAC and they are, therefore, specifically denied for

this reason as well.

278.    The allegations set forth in Paragraph 278 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 278 of the SAC.

279.    The allegations set forth in Paragraph 279 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 279 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 279 of the SAC and they are, therefore, specifically denied for this reason as well.

280.    The allegations set forth in Paragraph 280 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 280 of the SAC.

281.    The allegations set forth in Paragraph 281 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 281 of the SAC.

282.    The allegations set forth in Paragraph 282 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 282 of the SAC.

283.    The allegations set forth in Paragraph 283 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 283 of the SAC.

284.    The allegations set forth in Paragraph 284 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.

## CAUSES OF ACTION

## FEDERAL CLAIMS PURSUANT TO THE UNITED STATES CONSTITUTION

### COUNT 1 – Violations of Title IX 20 U.S.C. § 1681 et seq. – Creation of Sexually Hostile Culture/Heightened Risk of Sexual Harassment

285.    Paragraph 285 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-284 of the SAC as if fully set forth herein.

286.    The allegations set forth in Paragraph 286 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 286 of the SAC.

287.    The allegations set forth in Paragraph 287 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 287 of the SAC.

288.     The allegations set forth in Paragraph 288 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 288 of the SAC.

289.     The allegations set forth in Paragraph 289 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 289 of the SAC.

290.     The allegations set forth in Paragraph 290 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 290 of the SAC.

291.     The allegations set forth in Paragraph 291 of the SAC are admitted in part and denied in part.  It is admitted only that Adelphoi Education's programs consist of educational programs including day schools.  The remaining allegations set forth in Paragraph 291 of the SAC are specifically denied.

292.     The allegations set forth in Paragraph 292 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 292 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that they receive federal funding.

293.     The allegations set forth in Paragraph 293 of the SAC are admitted in part and denied in part.  It is admitted only that BCCYS has placed juveniles at Adelphoi Village.  The

63

remaining allegations set forth in Paragraph 293 of the SAC are specifically denied.

294.    The allegations set forth in Paragraph 294 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 294 of the SAC.

295.    The allegations set forth in Paragraph 295 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 295 of the SAC.

296.    The allegations set forth in Paragraph 296 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 296 of the SAC.

297.    The allegations set forth in Paragraph 297 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 297 of the SAC.

298.    After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 298 of the SAC and they are, therefore, specifically denied.

299.    The allegations set forth in Paragraph 299 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 299 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 298 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well.

300.    The allegations set forth in Paragraph 300 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 300 of the SAC.

301.    The allegations set forth in Paragraph 301 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 301 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 301 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well.

302.    The allegations set forth in Paragraph 302 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 302 of the SAC.

303.    The allegations set forth in Paragraph 303 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 303 of the SAC.

304.    The allegations set forth in Paragraph 304 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 304 of the SAC.

305.    The allegations set forth in Paragraph 305 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 305 of the SAC, including its subparts.   Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 305 of the SAC, including its subparts, regarding BCCYS and they are, therefore, specifically denied for this reason as well.

306.    The allegations set forth in Paragraph 306 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 306 of the SAC.

307.    The allegations set forth in Paragraph 307 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 307 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 307 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well.

308.    The allegations set forth in Paragraph 308 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 308 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 308 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

309.    The allegations set forth in Paragraph 309 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 309 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

### COUNT 2 – Violations of Title IX 20 U.S.C. § 1681(A) *et seq.* – Deliberate Indifference to Prior Sexual Harassment

310.    Paragraph 310 of the SAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-309 of the SAC as if fully set forth herein.

311.    The allegations set forth in Paragraph 311 of the SAC state conclusions of law to

67

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 311 of the SAC.

312. The allegations set forth in Paragraph 312 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 312 of the SAC.

313. The allegations set forth in Paragraph 313 of the SAC are admitted in part and denied in part. It is admitted only that Adelphoi Education's programs consist of educational programs including day schools. The remaining allegations set forth in Paragraph 313 of the SAC are specifically denied. Additionally, the remaining allegations set forth in Paragraph 313 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the remaining allegations set forth in Paragraph 313 of the SAC for this reason as well.

314. The allegations set forth in Paragraph 314 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 314 of the SAC.

315. The allegations set forth in Paragraph 315 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 315 of the SAC.

316. The allegations set forth in Paragraph 316 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 316 of the SAC.

317. The allegations set forth in Paragraph 317 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 317 of the SAC.

318. The allegations set forth in Paragraph 318 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 318 of the SAC.

319. The allegations set forth in Paragraph 319 of the SAC are admitted in part and denied in part.  It is admitted only that BCCYS has placed juveniles at Adelphoi Village.  The remaining allegations set forth in Paragraph 319 of the SAC are specifically denied.

320. The allegations set forth in Paragraph 320 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 320 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 320 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well.

321. The allegations set forth in Paragraph 321 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied.  To the

69

extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 321 of the SAC, including its subparts.

322. The allegations set forth in Paragraph 322 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 322 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 322 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well.

323. The allegations set forth in Paragraph 323 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 323 of the SAC.

324. The allegations set forth in Paragraph 324 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 324 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 324 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well.

325. The allegations set forth in Paragraph 325 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 325 of the SAC.

326.    The allegations set forth in Paragraph 326 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 326 of the SAC.

327.    The allegations set forth in Paragraph 327 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 327 of the SAC.

328.    The allegations set forth in Paragraph 328 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 328 of the SAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 328 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well. By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

329.    The allegations set forth in Paragraph 329 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 329 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged

and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

**COUNT 3 – State-Created Danger in Violation of Plaintiffs' Constitutional and
Federal Rights, pursuant to Title 42 (42 U.S.C. § 1983 *et seq.*)**

330.    Paragraph 330 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-329 of the SAC as if fully set forth herein.

331.    The allegations set forth in Paragraph 331 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 331 of the SAC.

332.    The allegations set forth in Paragraph 332 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 332 of the SAC.

333.    The allegations set forth in Paragraph 333 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 333 of the SAC.

334.    The allegations set forth in Paragraph 334 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 334 of the SAC.

335.    The allegations set forth in Paragraph 335 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 335 of the SAC.

336.    The allegations set forth in Paragraph 336 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 336 of the SAC.

337.    The allegations set forth in Paragraph 337 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 337 of the SAC.

338.    The allegations set forth in Paragraph 338 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 338 of the SAC.  Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 338 of the SAC regarding BCCYS and they are, therefore, specifically denied for this reason as well.

339.    The allegations set forth in Paragraph 339 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 339 of the SAC.

340. The allegations set forth in Paragraph 340 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 340 of the SAC.

341. The allegations set forth in Paragraph 341 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 341 of the SAC.

342. The allegations set forth in Paragraph 342 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 342 of the SAC.

343. The allegations set forth in Paragraph 343 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 343 of the SAC.

344. The allegations set forth in Paragraph 344 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 344 of the SAC.

345. The allegations set forth in Paragraph 345 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 345 of the SAC.

346. The allegations set forth in Paragraph 346 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 346 of the SAC.

347. The allegations set forth in Paragraph 347 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 347 of the SAC.

348. The allegations set forth in Paragraph 348 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 348 of the SAC.

349. The allegations set forth in Paragraph 349 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 349 of the SAC. By way of further response, Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such

75

other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

**COUNT 4 – Failure to Train & Supervise, in Violations of Plaintiffs' Constitutional and Federal Rights, pursuant to Title 42 (42 U.S.C. § 1983 *et seq.*)**

350. Paragraph 350 of the SAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-349 of the SAC as if fully set forth herein.

351. The allegations set forth in Paragraph 351 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 351 of the SAC.

352. The allegations set forth in Paragraph 352 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 352 of the SAC.

353. The allegations set forth in Paragraph 353 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 353 of the SAC.

354. The allegations set forth in Paragraph 354 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 354 of the SAC.

355. The allegations set forth in Paragraph 355 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 355 of the SAC.

356. The allegations set forth in Paragraph 356 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 356 of the SAC.

357. The allegations set forth in Paragraph 357 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 357 of the SAC.

358. The allegations set forth in Paragraph 358 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 358 of the SAC.

359. The allegations set forth in Paragraph 359 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 359 of the SAC.

360. The allegations set forth in Paragraph 360 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 360 of the SAC.

361. The allegations set forth in Paragraph 361 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 361 of the SAC.

362. The allegations set forth in Paragraph 362 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 362 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

363. The allegations set forth in Paragraph 363 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 363 of the SAC.

364. The allegations set forth in Paragraph 364 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 364 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

**PENNSYLVANIA STATE LAW CLAIMS**

**COUNT 5 – Negligence**
**All Plaintiffs v. Adelphoi**

365.    Paragraph 365 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-364 of the SAC as if fully set forth herein.

366.    The allegations set forth in Paragraph 366 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 366 of the SAC.

367.    The allegations set forth in Paragraph 367 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 367 of the SAC.

368.    The allegations set forth in Paragraph 368 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 368 of the SAC.

369.    The allegations set forth in Paragraph 369 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 369 of the SAC.

370.    The allegations set forth in Paragraph 370 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 370 of the SAC.

371.    The allegations set forth in Paragraph 371 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 371 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

### COUNT 6 – Negligence
### All Plaintiffs v. BCCYS

372.    Paragraph 372 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-371 of the SAC as if fully set forth herein.

373.    Allegations set forth in Paragraph 373 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required.  To the extent that a response is deemed necessary, the allegations set forth in Paragraph 373 of the SAC are specifically denied.

374.    Allegations set forth in Paragraph 374 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required.  To the extent that a response is deemed necessary, the allegations set forth in Paragraph 374 of the SAC are specifically denied.

80

375. Allegations set forth in Paragraph 375 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 375 of the SAC are specifically denied.

376. Allegations set forth in Paragraph 376 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 376 of the SAC are specifically denied.

377. Allegations set forth in Paragraph 377 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 377 of the SAC are specifically denied.

378. Allegations set forth in Paragraph 378 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 378 of the SAC are specifically denied.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

## COUNT 7 – Negligent Hiring

379. Paragraph 379 of the SAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-378 of the SAC as if fully set forth herein.

380. The allegations set forth in Paragraph 380 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 380 of the SAC.

381. The allegations set forth in Paragraph 381 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 381 of the SAC.

382. The allegations set forth in Paragraph 382 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 382 of the SAC.

383. The allegations set forth in Paragraph 383 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 383 of the SAC.

384. The allegations set forth in Paragraph 384 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 384 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate

82

under the circumstances.

## COUNT 8 – Negligent Retention

385. Paragraph 385 of the SAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-384 of the SAC as if fully set forth herein.

386. The allegations set forth in Paragraph 386 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 386 of the SAC.

387. The allegations set forth in Paragraph 387 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 387 of the SAC.

388. The allegations set forth in Paragraph 388 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 388 of the SAC.

389. The allegations set forth in Paragraph 389 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 389 of the SAC.

390. The allegations set forth in Paragraph 390 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 390 of the SAC.

391.   The allegations set forth in Paragraph 391 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 391 of the SAC.

392.   The allegations set forth in Paragraph 392 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 392 of the SAC.

393.   The allegations set forth in Paragraph 393 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 393 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

<u>**COUNT 9 – Negligent Supervision**</u>

394.   Paragraph 394 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants

incorporate by reference their responses to Paragraphs 1-393 of the SAC as if fully set forth herein.

395.    The allegations set forth in Paragraph 395 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 395 of the SAC.

396.    The allegations set forth in Paragraph 396 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 396 of the SAC.

397.    The allegations set forth in Paragraph 397 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 397 of the SAC.

398.    The allegations set forth in Paragraph 398 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 398 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

399.    The allegations set forth in Paragraph 399 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 399 of the SAC.

400.     The allegations set forth in Paragraph 400 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 400 of the SAC.

401.     The allegations set forth in Paragraph 401 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 401 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

### COUNT 10 – Gross Negligence
### Plaintiffs v. Adelphoi

402.     Paragraph 402 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-401 of the SAC as if fully set forth herein.

403.     The allegations set forth in Paragraph 403 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 403 of the SAC.

404.     The allegations set forth in Paragraph 404 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 404 of the SAC.

405. The allegations set forth in Paragraph 405 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 405 of the SAC, including its subparts.

406. The allegations set forth in Paragraph 406 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 406 of the SAC.

407. The allegations set forth in Paragraph 407 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 407 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

408. The allegations set forth in Paragraph 408 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 408 of the SAC.

409. The allegations set forth in Paragraph 409 of the SAC are specifically denied.

410. The allegations set forth in Paragraph 410 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 410 of the SAC.

411.    The allegations set forth in Paragraph 411 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 411 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

412.    The allegations set forth in Paragraph 412 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 412 of the SAC.  By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

## COUNT 11 – Gross Negligence
## Plaintiffs v. BCCYS

413.    Paragraph 413 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-412 of the SAC as if fully set forth herein.

414.    Allegations set forth in Paragraph 414 of the SAC do not relate to the Adelphoi

Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 414 of the SAC are specifically denied.

415.    Allegations set forth in Paragraph 415 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 415 of the SAC are specifically denied.

416.    Allegations set forth in Paragraph 416 of the SAC, including its subparts, do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 416 of the SAC, including its subparts, are specifically denied.

417.    Allegations set forth in Paragraph 417 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 417 of the SAC are specifically denied.

418.    Allegations set forth in Paragraph 418 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 418 of the SAC are specifically denied.

419.    Allegations set forth in Paragraph 419 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 419 of the SAC are specifically denied.

420.    Allegations set forth in Paragraph 420 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed necessary, the allegations set forth in Paragraph 420 of the SAC are specifically denied.

421.    Allegations set forth in Paragraph 421 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required. To the extent that a response is deemed

necessary, the allegations set forth in Paragraph 421 of the SAC are specifically denied.

422.     Allegations set forth in Paragraph 422 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required.  To the extent that a response is deemed necessary, the allegations set forth in Paragraph 422 of the SAC are specifically denied.

423.     Allegations set forth in Paragraph 423 of the SAC do not relate to the Adelphoi Defendants and, therefore, a response is not required.  To the extent that a response is deemed necessary, the allegations set forth in Paragraph 423 of the SAC are specifically denied.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

### COUNT 12 – Negligent Misrepresentation and Omissions

424.     Paragraph 424 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-423 of the SAC as if fully set forth herein.

425.     The allegations set forth in Paragraph 425 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 425 of the SAC.

426.     The allegations set forth in Paragraph 426 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

90

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 426 of the SAC.

427.    The allegations set forth in Paragraph 427 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 427 of the SAC.

428.    The allegations set forth in Paragraph 428 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 428 of the SAC.

429.    The allegations set forth in Paragraph 429 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 429 of the SAC.

430.    The allegations set forth in Paragraph 430 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 430 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

91

## COUNT 13 – Vicarious Liability

431.    Paragraph 431 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-430 of the SAC as if fully set forth herein.

432.    The allegations set forth in Paragraph 432 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 432 of the SAC.

433.    The allegations set forth in Paragraph 433 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 433 of the SAC.

434.    The allegations set forth in Paragraph 434 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 434 of the SAC.

435.    The allegations set forth in Paragraph 435 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 435 of the SAC.

436.    The allegations set forth in Paragraph 436 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 436 of the SAC.

437.    The allegations set forth in Paragraph 437 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 437 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

**<u>COUNT 14 – Negligent Infliction of Emotional Distress</u>**

438.    Paragraph 438 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-437 of the SAC as if fully set forth herein.

439.    The allegations set forth in Paragraph 439 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 439 of the SAC.

440.    The allegations set forth in Paragraph 440 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

93

Paragraph 440 of the SAC.

441.    The allegations set forth in Paragraph 441 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 441 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

## COUNT 15 – Breach of Fiduciary Duty

442.    Paragraph 442 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-441 of the SAC as if fully set forth herein.

443.    The allegations set forth in Paragraph 443 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 443 of the SAC.

444.    The allegations set forth in Paragraph 444 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 444 of the SAC.

94

445. The allegations set forth in Paragraph 445 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 445 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

## COUNT 16 – Corporate Liability
## Plaintiffs v. Adelphoi

446. Paragraph 446 of the SAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-446 of the SAC as if fully set forth herein.

447. The allegations set forth in Paragraph 447 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 447 of the SAC.

448. The allegations set forth in Paragraph 448 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 448 of the SAC.

449. The allegations set forth in Paragraph 449 of the SAC state conclusions of law to

which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 449 of the SAC.

450.    The allegations set forth in Paragraph 450 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 450 of the SAC.

451.    The allegations set forth in Paragraph 451 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 451 of the SAC.

452.    The allegations set forth in Paragraph 452 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 452 of the SAC.

453.    The allegations set forth in Paragraph 453 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 453 of the SAC.

454.    The allegations set forth in Paragraph 454 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 454 of the SAC.

455. The allegations set forth in Paragraph 455 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 455 of the SAC.

456. The allegations set forth in Paragraph 456 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 456 of the SAC.

457. The allegations set forth in Paragraph 457 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 457 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

458. The allegations set forth in Paragraph 458 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 458 of the SAC.

459. The allegations set forth in Paragraph 459 of the SAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 459 of the SAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless and that Plaintiffs are entitled to any form of relief whatsoever.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged

and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

**COUNT 17 – Denial of Educational Opportunities**

460.    Paragraph 460 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-459 of the SAC as if fully set forth herein.

461.    The allegations set forth in Paragraph 461 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 461 of the SAC.

462.    The allegations set forth in Paragraph 462 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 462 of the SAC.

463.    The allegations set forth in Paragraph 463 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 463 of the SAC.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and

98

disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

## INJUNCTIVE AND EQUITABLE RELIEF REQUESTS

464.    Paragraph 464 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-463 of the SAC as if fully set forth herein.

465.    The allegations set forth in Paragraph 465 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 465 of the SAC.

466.    The allegations set forth in Paragraph 466 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 466 of the SAC.

467.    The allegations set forth in Paragraph 467 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 467 of the SAC.

468.    The allegations set forth in Paragraph 468 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations

99

set forth in Paragraph 468 of the SAC, including its subparts.

469.    The allegations set forth in Paragraph 469 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 469 of the SAC, including its subparts.

470.    The allegations set forth in Paragraph 470 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 470 of the SAC.

471.    The allegations set forth in Paragraph 471 of the SAC state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 470 of the SAC.

472.    The allegations set forth in Paragraph 472 of the SAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 472 of the SAC, including its subparts.

WHEREFORE, the Adelphoi Defendants deny that they are liable to Plaintiffs as alleged and demand judgment be entered in the Adelphoi Defendants' favor with an award of costs and disbursements incurred by the Adelphoi Defendants, including attorneys' fees together with such other relief in favor of the Adelphoi Defendants as this Honorable Court shall deem appropriate under the circumstances.

**PRAYER FOR RELIEF**

473.    Paragraph 473 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-472 of the SAC as if fully set forth herein.

474.    Paragraph 474 of the SAC, including its subparts, contains a prayer for relief and, therefore, no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 474 of the SAC, including its subparts.  By way of further response, the Adelphoi Defendants specifically deny that Plaintiffs are entitled to any form of relief whatsoever.

**JURY TRIAL DEMAND**

475.    Paragraph 475 of the SAC is an incorporation-by-reference paragraph to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-474 of the SAC as if fully set forth herein.

476.    The allegations set forth in Paragraph 476 of the SAC contain a jury demand to which no response is required.  To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 476 of the SAC.

**AFFIRMATIVE DEFENSES**

The Adelphoi Defendants reserve the right to assert any and all applicable defenses to Plaintiffs' claims.  Without limiting the generality of the foregoing, and without regard to whether the defenses set forth below are affirmative defenses within the meaning of Fed. R. Civ. P. 8(c), and without conceding that any such defense must be set forth in their Answer,

the Adelphoi Defendants state as follows:

## FIRST AFFIRMATIVE DEFENSE

All of Plaintiffs' claims against the Adelphoi Defendants in the SAC are barred by the applicable rules and statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

The SAC fails to state a claim for relief or cause of action upon which relief can be granted against the Adelphoi Defendants.

## THIRD AFFIRMATIVE DEFENSE

The Adelphoi Defendants assert immunity from the imposition of damages which are premised upon negligent conduct, as that term is defined in *Davidson v. Cannon*, 106 S.Ct. 668 (1987), and *Daniels v. Williams*, 106 S.Ct. 662 (1986).

## FOURTH AFFIRMATIVE DEFENSE

All policies, procedures and/or customs of the Adelphoi Defendants are in accordance with all laws, rules, regulations, statutes, and the Constitution of the United States and the Commonwealth of Pennsylvania.

## FIFTH AFFIRMATIVE DEFENSE

The SAC fails to plead or prove a legitimate, sufficient, and/or viable official policy or custom sufficient to support a claim for municipal liability against the Adelphoi Defendants.

## SIXTH AFFIRMATIVE DEFENSE

The Adelphoi Defendants assert all common law, statutory, absolute, and/or qualified immunity to which they may be entitled.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs were, at all times relevant to the SAC, afforded all rights and privileges to

which they were entitled under the United States Constitution, Pennsylvania Constitution and all applicable State and Federal laws on behalf of the Adelphoi Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' injuries, sufferings, and/or damages, if any, were caused by their own conduct, negligence, recklessness, disregard, criminal and other behavior, and not in any way by the conduct of the Adelphoi Defendants.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' injuries, sufferings, and/or damages, if any, were caused by the conduct, negligence, recklessness, disregard, criminal or other behavior of parties over whom the Adelphoi Defendants had no control, no right of control, and in no way by the conduct of Adelphoi.

## TENTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs' claims are barred pursuant to any judicial determination, in whole or in part, the Adelphoi Defendants claim the same.

## ELEVENTH AFFIRMATIVE DEFENSE

The Adelphoi Defendants assert all of the defenses available to them under the Civil Rights Act of 1871.

## TWELFTH AFFIRMATIVE DEFENSE

No act, action or omission by the Adelphoi Defendants was the proximate cause or the legal cause of any damage allegedly sustained by Plaintiffs, which constitutes a complete defense to the within causes of action.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Doctrine of Respondeat Superior is not applicable to any action brought under 42

103

U.S.C. §1983, which prohibits the deprivation of rights secured by the United States Constitution or its law.

## FOURTEENTH AFFIRMATIVE DEFENSE

At no time did the Adelphoi Defendants deprive any Plaintiff of any right as protective under the Eighth Amendment to the United States Constitution, 42 U.S.C. § 1983 or any other state or federally protected right or privilege.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for punitive damages are barred by Federal and/or State law.

## SIXTEENTH AFFIRMATIVE DEFENSE

The Adelphoi Defendants assert all defenses, immunities and/or limitations on damages set forth in the Pennsylvania Political Subdivision Tort Claims Act, 42 Pa. C.S.A.§8541 et seq.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The Adelphoi Defendants assert all immunity and/or limitations on damages and/or liability pursuant to the Pennsylvania Mental Health Procedures Act, 50 Pa. C.S.A. §7114 (a) et seq.

## EIGHTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs' claims against the Adelphoi Defendants are barred by any intervening and/or superseding cause, the Adelphoi Defendants claim the same.

## NINETEENTH AFFIRMATIVE DEFENSE

The Adelphoi Defendants exercised due care for the safety, guidance and welfare of Plaintiffs at all relevant times hereto.

## TWENTIETH AFFIRMATIVE DEFENSE

To the extent Plaintiffs' alleged injuries were caused by any employee of the Adelphoi Defendants, which is expressly denied, the employee was acting outside the scope of his or her employment where the alleged injury or injuries occurred.

## TWENTY FIRST AFFIRMATIVE DEFENSE

At no time did the Adelphoi Defendants demonstrate any indifference, deliberate or otherwise, toward any legitimate and/or serious medical need of any Plaintiff.

## TWENTY SECOND AFFIRMATIVE DEFENSE

The treatment afforded to Plaintiffs by the Adelphoi Defendants was, at all material times, in accordance with the applicable standards of professional medical care.

## TWENTY THIRD AFFIRMATIVE DEFENSE

The Adelphoi Defendants plead all defenses afforded to them pursuant to the MCARE Act at 40 P.S. § 1303.101 et seq.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

The SAC fails to allege and/or set forth a cognizable claim for punitive damages and/or exemplary damages against the Adelphoi Defendants.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' causes of action are barred in whole or reduced in part by the applicable doctrines of assumption of the risk, comparative negligence, and/or contributory negligence.

## TWENTY SIXTH AFFIRMATIVE DEFENSE

The Adelphoi Defendants plead as an affirmative defense all requirements applicable under Pennsylvania's Certificate of Merit rules, Pa.R.C.P. 1042.1 et seq., to the extent they may be determined to apply.  In the event it is determined that Plaintiffs failed to obtain the required Certificate of Merit, the Adelphoi Defendants request dismissal of Plaintiffs' actions,

105

in whole or in part, and imposition of sanctions in accordance with the Pennsylvania Rules of Civil Procedure.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to bring this litigation.

## TWENTY EIGHTH AFFIRMATIVE DEFENSE

The SAC fails to establish the prerequisites of a Class Action as provided by Rule 23.

## TWENTY NINETH AFFIRMATIVE DEFENSE

The SAC fails to show the Type of Class Action as provided by Rule 23.

## THIRTIETH AFFIRMATIVE DEFENSE

Plaintiffs have failed to obtain a Certification Order and provide Notice as provided by Rule 23.

## THIRTY FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Adelphoi Defendants are not liable for any pre-existing medical conditions which caused the alleged injuries and/or damages.

## THIRTY SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## THIRTY THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Adelphoi Defendants were at all times acting in good faith and in an objectively reasonable manner and with the reasonable belief in the lawfulness of their actions.

The Adelphoi Defendants reserve the right to amend their Answer and Affirmative

106

Defenses to the SAC and to assert each and every affirmative defense as provided by Rules 8 and 12(b) of the Federal Rules of Civil Procedure or otherwise as the facts of this case are developed after investigation and discovery.

WHEREFORE, the Adelphoi Defendants hereby request this Honorable Court to dismiss the SAC and award costs and fees in their favor.

Date:   October 20, 2025

By: */s/ Stefanie M. Lacy*

Mark A. Rush
Stefanie M. Lacy
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
mark.rush@klgates.com
stefanie.lacy@klgates.com

Joe H. Tucker
Kathleen Kirkpatrick
Candice Kearney
Tucker Law Group
Tenn Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
jtucker@tlgattorneys.com
kkirkpatrick@tlgattorneys.com
ckearney@tlgattorneys.com

*Attorneys for Defendant Adelphoi USA,
Adelphoi Village, Adelphoi Education,
Inc., Adelphoi Foundation, and Adelphoi
Western Region, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAHMIR ADAMS, JEREMY LEE HENSEL, DANNY JESUS RUIZ, TRAY DANIELS, SHAWN SCHLOPY, MIGUEL MARTELL, and COPELAND TYLER, | : : : : | |
| | : | NO. 5:23-cv-03684 |
| Plaintiffs | : : | |
| v. | : : | |
| ADELPHOI USA, ADELPHOI CLUB, INC., ADELPHOI VILLAGE, ADELPHOI VALLEY STREAM, INC., ADELPHOI EDUCATION, INC., ADELPHOI FOUNDATION, ADELPHOI WESTERN REGION INC., BERKS COUNTY CHILDREN AND YOUTH SERVICES, JOHN/JANE DOES 1-100, | : : : : : : : : : : | |
| Defendants. | : : | |

**CERTIFICATE OF SERVICE**

I, Stefanie M. Lacy, Esquire, hereby certify that on this **20th day of October 2025**, a true and correct copy of the foregoing **Defendants Adelphoi USA's, Adelphoi Village's, Adelphoi Education, Inc.'s, Adelphoi Foundation's, and Adelphoi Western Region Inc.'s Answer and New Matter to Plaintiffs' Second Amended Class Action Complaint** was filed and served upon the following counsel via the Court's ECF System:

D. Wesley Cornish, Esquire
Cornerstone Legal Group
230 Broad Street, 17th Floor
Philadelphia, PA 19102
dwesley24@gmail.com
cornerstonelegalgroup@gmail.com
*Attorney for Plaintiffs*

Michael T. Vanderveen, Esquire
Steven R. Bryson, Esquire
Vanderveen Hartshorn & Levin
1219 Spruce Street

Philadelphia, PA 19107
mtv@mtvlaw.com
sbryson@mtvlaw.com

*Attorneys for Plaintiffs*

John P. Gongalez, Esquire
D. Connor Warner, Esquire
Marshall Dennehey
2000 Market Street, Suite 2300
Philadelphia, PA 19103
JPGonzales@MDWCG.com
dcwarner@mdwcg.com

*Attorneys for Berks County Children and Youth Services*


By: /s/ *Stefanie M. Lacy*
Mark A. Rush
Stefanie M. Lacy
210 Sixth Avenue
K&L Gates LLP
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
mark.rush@klgates.com
stefanie.lacy@klgates.com

Joe H. Tucker
Kathleen Kirkpatrick
Candice Kearney
Tucker Law Group
Tenn Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
jtucker@tlgattorneys.com
kkirkpatrick@tlgattorneys.com
ckearney@tlgattorneys.com

*Attorneys for Defendant Adelphoi USA,
Adelphoi Village, Adelphoi Education,
Inc., Adelphoi Foundation, and Adelphoi
Western Region, Inc.*