**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAHMIR ADAMS, *et al.*,     :<br>            Plaintiffs,     :<br>                     :<br>    v.                 : Civil No. 5:23-cv-03684-JLS<br>                     :<br>ADELPHOI USA, *et al.*,     :<br>            Defendants.     : | |

## <u>ORDER</u>

**AND NOW,** this 13th day of March, 2026, following a status hearing with counsel, **IT IS HEREBY ORDERED** that a status hearing shall be held on **<u>Monday, June 8, 2026 at 11:00 AM</u>** in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, courtroom to be determined.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**