**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

———————————————————————

| | |
|---|---|
| JAHMIR ADAMS, *et al.*, | : |
| Plaintiffs, | : |
| | : |
| v. | :    Civil No. 5:23-cv-03684-JLS |
| | : |
| ADELPHOI USA, *et al.*, | : |
| Defendants. | : |

———————————————————————

## ORDER

**AND NOW**, this 10th day of June, 2026, upon consideration of Plaintiffs' unopposed Motion for Leave to File Third Amended Complaint, **IT IS HEREBY ORDERED** that Plaintiffs' Motion (ECF No. 56) is **GRANTED**.

Plaintiffs shall file the Third Amended Complaint attached to the Motion as Exhibit A within 10 days.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**