**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAHMIR ADAMS, *et al.*, Plaintiffs, | : | |
| v. | : | Civil No. 5:23-cv-03684-JLS |
| ADELPHOI USA, *et al.*, Defendants. | : | |

**ORDER**

**AND NOW,** this 10th day of June, 2026, after a telephone status conference with counsel, **IT IS HEREBY ORDERED** as follows:

1. The deadline to complete fact discovery is **EXTENDED** to **Monday, September 28, 2026;** and
2. A telephone status conference shall be held on **Tuesday, August 4, 2026, at 10:30 AM.** Counsel shall dial into the call at 1-855-244-8681; Access Code 2302 206 5833.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**