**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAHMIR ADAMS, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ADELPHOI USA, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:23-cv-03684-JLS |

**ORDER**

**AND NOW,** this 2nd day of September, 2026, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs Jeremy Lee Hensel, Danny Jesus Ruiz, Tray Daniels, Shawn Schlopy, Miguel Martell, and Copeland Tyler shall each open an individual case and pay the filing fee.
2. Each plaintiff shall relate his case to *Adams v. Adelphoi USA* (5:23-cv-03684).
3. Plaintiff Jahmir Adams shall file a Third Amended Complaint in this case by Monday, September 14, 2026.
4. Hensel, Ruiz, Daniels, Schlopy, Martell, and Tyler shall each file a separate complaint in his respective case by Monday, September 14, 2026.
5. The Adelphoi Defendants shall file responses to each complaint within twenty-one (21) days of each plaintiff's filing of his respective complaint.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**